## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:25-cv-06386-JDW** |
| | : | |
| **POLICE AND FIRE FEDERAL** | : | |
| **CREDIT UNION,** *et al.*, | : | |
| **Defendants.** | : | |

### <u>ORDER</u>

AND NOW, this 10th day of December, 2025, upon consideration of Plaintiff Frank Nellom's Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Motion is **GRANTED**, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum.

1.     Mr. Nellom may file an amended complaint within thirty (30) days of the date of this Order.  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Nellom's claims against each defendant.  The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  When drafting his amended complaint, Mr. Nellom should be mindful of the Court's reasons for dismissing the claims

in his initial Complaint as explained in the Court's Memorandum.  Upon the filing of an

amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

2.      The Clerk of Court is **DIRECTED** to send Mr. Nellom a blank copy of this

Court's current standard form to be used by a self-represented litigant filing a civil

action bearing the above-captioned civil action number.  Mr. Nellom may use this form

to file his amended complaint if he chooses to do so.

3.      If Mr. Nellom does not wish to amend his Complaint and instead intends

to stand on his Complaint as originally pled, he may file a notice with the Court within

thirty (30) days of the date of this Order stating that intent, at which time the Court will

issue a final order dismissing the case.  Any such notice should be titled "Notice to

Stand on Complaint," and shall include the civil action number for this case.

4.      If Mr. Nellom fails to file any response to this Order, the Court will

conclude that Mr. Nellom intends to stand on his Complaint and will issue a final order

dismissing this case.

                    **BY THE COURT:**

                    */s/ Joshua D. Wolson*

                    **JOSHUA D. WOLSON, J.**