IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Case No. 2:25-cv-06386-JDW |
| | : | |
| **POLICE AND FIRE FEDERAL** | : | |
| **CREDIT UNION,** *et al.*, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 14th day of January, 2026, upon consideration of Plaintiff Frank Nellom's *pro se* Amended Complaint (ECF No. 7) it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the accompanying Memorandum. The Clerk Of Court shall mark this case closed.

                                                                          **BY THE COURT:**

                                                                    */s/ Joshua D. Wolson*
                                                                    **JOSHUA D. WOLSON, J.**